# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Maria A. Gonzalez<br>      Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC<br>      Movant<br> vs. | NO. 16-16418 AMC |
| Maria A. Gonzalez<br>      Debtor(s) | 11 U.S.C. Sections 362 |
| William C. Miller Esq.<br>      Trustee | |

## ORDER

AND NOW, this 6th day of June, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1432 E. Cheltenham Avenue, Philadelphia, PA 19124 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

                             Ashely M. Chan
                             United States Bankruptcy Judge

Maria A. Gonzalez
1432 E. Cheltenham Avenue
Philadelphia, PA 19124

Allan K. Marshall
1819 JFK Boulevard
Suite #400
Philadelphia, PA 19103

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532