UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
Maria Gonzalez                                    Ch. 13
                                                  Bankruptcy No: 16-16418-AMC

******************************************************************

# ORDER TO AMEND DISMISSAL ORDER

******************************************************************

AND NOW THIS_____ DAY OF_____2017 upon consideration of Debtor's Motion to Amend Dismissal Order

IT IS HEREBY ORDERED: That the Dismissal Order of 12/21/16 is amended to include the following:

The Court shall retain Jurisdiction to consider the Fee Application of Allan K. Marshall, Attorney for the Debtor.


SO ORDERED                                BY THE COURT


                                          _____
                                          Bankruptcy Judge



Mr. John B. Tindall, III
259 Old Furnace Rd
Durham, PA 18039

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Maria Gonzalez                                    Ch. 13
                                                  Bankruptcy No: 16-16418-AMC

*******************************************************************
**DEBTOR'S MOTION TO AMEND DISMISSAL ORDER**

*******************************************************************

Debtor respectfully represents:

1. On or about 8/1/17, this Court entered an Order to Dismiss the Debtor's Ch. 13 Bankruptcy. Reason: Debtor did not make payments to the Trustee.

2. The debtor's attorney states that this order should be amended to include the following language:

"The Court shall retain Jurisdiction to consider the Fee Application of Allan K. Marshall, Attorney for the Debtor."

3. It should be pointed out that the undersigned attorney filed a fee application on 3/6/17. See Docket Entry #21.

WHEREFORE, the Debtor prays this honorable Court to approve this order.

Respectfully Submitted,

/s/_____
Allan K. Marshall, Esquire
Attorney for Debtor

cc:
Ms. Mara A. Gonzalez
1432 E. Cheltenham Av
Phila PA 19124