UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
Maria Gonzalez                                              Ch. 13
                                                            Bankruptcy No: 16-16418-AMC

*************************************************************************

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE, TIME AND PLACE**

*************************************************************************

1. Please note that the above named debtor has filed a motion with the Bankruptcy Court. The title of the motion is:    *Debtor's Motion to Amend Dismissal Order*

    For the purpose of this motion, please see para 2 and 3 of the Motion

2. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with an attorney.)**

3. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before 10/5//2017 you or your attorney must do all of the following :

    a) mail a copy of the response to the Court at the following address. Deadline for the receipt of the response is 10/5/2017. Please mail it early enough so that it gets there before the deadline.

    UNITED STATES BANKRUPTCY COURT
    900 Market Street, 4th Floor, Philadelphia, PA 19107

    b) and mail a copy to me at my address at the bottom of this notice.

4. If you do not take the steps in the above paragraphs and you do not attend the hearing, the court may grant the order attached to the Motion (copy enclosed)

5. **Hearing Date and time of the hearing on the Motion: 10/17/17 at 11.00 A.M.**

    The hearing on the motion is scheduled at the following address:
    UNITED STATES BANKRUPTCY COURT
    Before the Honorable Ashley M. Chan (Judge)
    900 Market Street, 2nd Floor, Court ROOM # 5, Philadelphia, PA 19107

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

By:
/S/_____
Allan K. Marshall, Esquire
Attorney for Debtor
1819 JFK Blvd # 400
Phila, PA 19103
Phone: 215-569-1904
Date of Preparation of Mailing of this Notice: September 14, 2017