UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
Maria Gonzalez                                         Ch. 13
                                                       Bankruptcy No: 16-16418-AMC
*******************************************************************

# ORDER TO AMEND DISMISSAL ORDER

*******************************************************************

    AND NOW THIS_____ DAY OF_____2017 upon consideration of Debtor's Motion to Amend Dismissal Order

    IT IS HEREBY ORDERED: That the Dismissal Order of 12/21/16 is amended to include the following:

The Court shall retain Jurisdiction to consider the Fee Application of Allan K. Marshall, Attorney for the Debtor.


SO ORDERED                                             BY THE COURT

                                                       _____
                                                       Bankruptcy Judge



Ms. Mara A. Gonzalez
1432 E. Cheltenham Av
Phila PA 19124

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Maria Gonzalez                                                Ch. 13
                                                              Bankruptcy No: 16-16418-AMC

*******************************************************************

**DEBTOR'S MOTION TO AMEND DISMISSAL ORDER**

*******************************************************************

Debtor respectfully represents:

1. On or about 8/1/17, this Court entered an Order to Dismiss the Debtor's Ch. 13 Bankruptcy. Reason: Debtor did not make payments to the Trustee.

2. The debtor's attorney states that this order should be amended to include the following language:

"The Court shall retain Jurisdiction to consider the Fee Application of Allan K. Marshall, Attorney for the Debtor."

3. It should be pointed out that the undersigned attorney filed a fee application on 3/6/17. See Docket Entry #21.

WHEREFORE, the Debtor prays this honorable Court to approve this order.

Respectfully Submitted,

/s/_____
Allan K. Marshall, Esquire
Attorney for Debtor

cc:
Ms. Mara A. Gonzalez
1432 E. Cheltenham Av
Phila PA 19124