Case #2017-10785

| | |
|---|---|
| **Case Number** | 2017-10785 |
| **Commencement Date** | 5/25/2017 |
| **Case Type** | Complaint in Ejectment |
| **PFA Number** | |
| **Caption Plaintiff** | CHRISTIANA TRUST |
| **Caption Defendant** | OCCUPANTS |
| **Lis Pendens Indicator** | No |
| **Status** | 2 - OPEN |
| **Judge** | TOLLIVER |
| **Remarks** | |
| **Sealed** | No |
| **Interpreter Needed** | |

Plaintiffs

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| CHRISTIANA TRUST | 440 S LASALLE STREET SUITE 2000 CHICAGO, IL 60605 UNITED STATES | UNITED STATES | DOBARIA, VISHAL | Yes | 1 |
| DELAWARE TRUST | 440 S LASALLE STREET SUITE 2000 CHICAGO, IL 60605 UNITED STATES | UNITED STATES | DOBARIA, VISHAL | Yes | 2 |
| VENTURES TRUST 3013-I-H-R | 440 S LASALLE STREET SUITE 2000 CHICAGO, IL 60605 UNITED STATES | UNITED STATES | DOBARIA, VISHAL | Yes | 3 |

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| WILMINGTON SAVINGS FUND SOCIETY FSB | 440 S LASALLE STREET SUITE 2000 CHICAGO, IL 60605 UNITED STATES | UNITED STATES | DOBARIA, VISHAL | Yes | 4 |

Defendants

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| OCCUPANTS | 3239 EAST HAYES ROAD EAST NORRITON, PA 19403 UNITED STATES | UNITED STATES | | Yes | 1 |
| ZYWALEWSKI, KEVIN J | 3239 EAST HAYES ROAD EAST NORRITON, PA 19403 UNITED STATES | UNITED STATES | MARSHALL, ALLAN | Yes | 2 |

Docket Entries

| Seq. | Filing Date | Docket Type | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|
| 0 | 5/25/2017 | Complaint in Ejectment | | No | 11295724 |
| 1 | 6/6/2017 | (Internal Use Only) Served | KEVIN J ZYWALEWSK ON 6-5-17 | No | 11312075 |
| 2 | 6/6/2017 | (Internal Use Only) Served | OCCUPANTS ON 6-5-17 | No | 11312076 |

| Seq. | | Filing Date | Docket Type | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|---|
| 3 | E | 6/27/2017 | Entry of Appearance | OF ALLAN K. MARSHALL FOR KEVIN ZYWALEWSKI | No | 11341839 |
| 4 | E | 6/27/2017 | Preliminary Objections of | KEVIN J ZYWALEWSKI WITH MEMORANDUM OF LAW | No | 11342013 |
| 5 | E | 7/14/2017 | Answer/Response | BY WILMINGTON SAVINGS FUND SOCIETY TO PRELIMINARY OBJECTIONS WITH BRIEF WITH SERVICE ON 07/14/2017 | No | 11364272 |
| 6 | E | 8/17/2017 | Order | OF 8/17/17; PO OVERRULED; BERTIN, SJ THIS DOCUMENT WAS DOCKETED AND SENT ON 08/17/2017 | No | 11408778 |
| 7 | E | 9/15/2017 | Answer & New Matter by | KEVIN J ZYWALEWSKI | No | 11446762 |