UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Maria Gonzalez                                         Ch. 13
                                                       Bankruptcy No: 16-16418-AMC

*******************************************************************
**Praecipe to Withdraw Docket Entry #50, 51and 53**

*******************************************************************

Kindly mark documents in Docket Entry#50 (Motion) and Docket Entry #51 (Notice) 53 (Wrong Document) as withdrawn because of regrettable mistakes.

Corrected documents are being filed and could be docketed as Docket Entry #52 (Replacement Motion to amended Dismissal Order and #54 (Notice of Hearing on the Motion to Amend Dismissal Order).

                                    Respectfully Submitted,

                                    /s/_____
                                    Allan K. Marshall, Esquire
                                    Attorney for Debtor

cc:
 Ms. Mara A. Gonzalez
1432 E. Cheltenham Av
Phila PA 19124