UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
Maria Gonzalez                                              Ch. 13
                                                            Bankruptcy No: 16-16418-AMC

****************************************************************

**Certification of Service of**
**Debtor's Motion to Amend Dismissal Order**
**And**
**Certification of No Objection**

****************************************************************

It is respectfully represented :

1. On 9/21/17, I served a copy of the Motion to Amend Dismissal Order upon the debtor.

2. The deadline to the filing of any objection was 10/5/17.

3. As of today, I have not received any objection.

    WHEREFORE, the Debtor prays this honorable Court to approve the order attached to the Motion and approve the Fee Application.

                            Respectfully Submitted,

                            /s/_____
                            Allan K. Marshall, Esquire
                            Attorney for Debtor

cc:
Ms. Mara A. Gonzalez
1432 E. Cheltenham Av
Phila PA 19124