UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| Maria Gonzalez | : | |
| | : | Bankruptcy No. 16-16418AMC |
| Debtor. | : | |

## O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Amend Dismissal Order ("Motion"), it is hereby **ORDERED** that the Motion is **DENIED** for the reasons stated in open Court.

Date: October 18, 2017

_____
Ashely M. Chan
United States Bankruptcy Judge