United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-16418-amc
Maria A. Gonzalez                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Oct 18, 2017
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2017.
db              +Maria A. Gonzalez,     1432 E. Chetenham Av,     Philadelphia, PA 19124-1102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2017 at the address(es) listed below:
        ALLAN K. MARSHALL    on behalf of Debtor Maria A. Gonzalez akm6940@aol.com
        ANN E. SWARTZ    on behalf of Creditor    FV-1, Inc. in trust for Morgan Stanley Mortgage Capital
         Holdings LLC ecfmail@mwc-law.com,   ecfmail@mwc-law.com
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
         FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC bnicholas@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        CELINE P. DERKRIKORIAN    on behalf of Creditor    FV-1, Inc. in trust for Morgan Stanley Mortgage
         Capital Holdings LLC ecfmail@mwc-law.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
         FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for FV-I,
         Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@phl3trustee.com,   philaecf@gmail.com
                                                                            TOTAL: 8

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                              :
                                                    :       Chapter 13
          Maria Gonzalez                            :
                                                    :       Bankruptcy No. 16-16418AMC
                    Debtor.                          :

## O R D E R

     **AND NOW,** upon consideration of the Debtor's Motion to Amend Dismissal Order

("Motion"), it is hereby **ORDERED** that the Motion is **DENIED** for the reasons stated in open

Court.

Date:  October 18, 2017                    _____
                                           Ashely M. Chan
                                           United States Bankruptcy Judge